TOMAS E. MARGAIN, Bar No. 193555
84 W. SANTA CLARA STREET, STE. 790
SAN JOSE, CA 95113
TEL (408) 317-1100
FAX (408) 351-0105

margainlaw@hotmail.com

Attorneys for Plaintiffs
FRANCIS SANCHEZ, JOSE L. SANCHEZ,
ROBERTO A. CALLES and ERIC ORTIZ CRUZ


JEFFREY G. McCLURE  #152974
DAVENPORT GERSTNER & McCLURE
2450 Camino Diablo, Suite 200
Walnut Creek, California  94597
Telephone:  (925) 279-3430  Fax:  (925) 932-1961

Attorneys for Defendant, H&R Plumbing and
Drain Cleaning, Inc. and WESTERN SURETY COMPANY,
and AMERICAN CONTRACTORS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS SANCHEZ, JOSE L. SANCHEZ, ROBERTO A. CALLES and ERIC ORTIZ CRUZ,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>H&R PLUMBING AND DRAIN CLEANING, INC., CITY OF BRENTWOOD, MOUNTAIN VIEW SANITARY DISTRICT, WESTERN SURETY COMPANY, and AMERICAN CONTRACTORS INDEMNITY COMPANY,<br><br>　　　　Defendants. | No.  CV 12-04588 DMR<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE; COURT TO RETAIN JURISDICTION AS TO H&R PLUMBING AND DRAIN CLEANING, INC. ONLY** |

Davenport
Gerstner & McClure
2450 Camino Diablo
Suite 200
Walnut Creek, CA  94597
(925) 279-3430
Fax (925) 932-1961

1

Plaintiffs FRANCIS SANCHEZ, JOSE L. SANCHEZ, ROBERTO A. CALLES and ERIC ORTIZ CRUZ, and Defendant H&R PLUMBING AND DRAIN CLEANING, INC. ("H&R") and WESTERN SURETY COMPANY, and AMERICAN CONTRACTORS INDEMNITY COMPANY ("Sureties") hereby stipulate and agree as follows:

1. The matter has fully settled and the parties have executed a written settlement agreement. The agreement calls for payments to be made over an eighteen month period.

2. The parties stipulate that this matter be dismissed with prejudice as to all Defendants.

3. The parties stipulate that the Dismissal as to public entities CITY OF BRENTWOOD and MT. VIEW SANITARY DISTRICT (erroneously identified as MOUNTAIN VIEW SANITARY DISTRICT), and sureties WESTERN SURETY COMPANY and AMERICAN CONTRACTORS INDEMNITY COMPANY, be final and binding with no continuing jurisdiction as to enforcement as to those Defendants.

4. The parties request that the Court retain jurisdiction to enforce the settlement agreement in the event there is a breach as between Plaintiffs and H&R PLUMBING AND DRAIN CLEANING, INC. only for a period of eighteen months or to November 1, 2015.

IT IS SO STIPULATED

Davenport
Gerstner & McClure
2450 Camino Diablo
Suite 200
Walnut Creek, CA 94597
(925) 279-3430
Fax (925) 932-1961

2

Dated:__April 4, 2013_.    DAVENPORT GERSTNER & McCLURE

*/s/ Jeffry McClure*

_____
JEFFREY G. McCLURE
Attorneys for Defendant, H&R PLUMBING AND
DRAIN CLEANING, INC. and WESTERN SURETY
COMPANY, and AMERICAN CONTRACTORS
INDEMNITY COMPANY

Dated:____ April 4, 2013__.

____/s/ Tomas Margain_____
TOMAS E. MARGAIN
Attorneys for Plaintiffs FRANCIS SANCHEZ,
JOSE L. SANCHEZ, ROBERTO A CALLES and
ERIC ORTIZ CRUZ

## ORDER

Based on the stipulation of counsel and good cause shown, this matter is dismissed with prejudice. All deadlines are hereby terminated. The parties have reached a settlement through counsel. Defendants WESTERN SURETY COMPANY and AMERICAN CONTRACTORS INDEMNITY COMPANY are dismissed with prejudice without any continuing jurisdiction of the Court as to them. As to Plaintiffs and Defendant H&R PLUMBING AND DRAIN CLEANING, INC. only the Court retains jurisdiction to enforce the terms of settlement agreement so long as a motion is filed before November 1, 2015. After that, this order is without prejudice with any party seeking to enforce the contract in a separate proceeding.

IT IS SO ORDERED

DATED: 4/18/13       By: _____
                         Donna Ryu
                         United States District Court
                         Magistrate Judge

Davenport Gerstner & McClure
2450 Camino Diablo
Suite 200
Walnut Creek, CA 94597
(925) 279-3430
Fax (925) 932-1961

3